UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
CENTRAL DIVISION - LEXINGTON

BASCUM STACY,

   Plaintiff,

-vs-                                         CASE NO.: 5:17-CV-00058-KKC

ALLY FINANCIAL, INC.

   Defendant.
_____/

## JOINT STIPULATION OF DISMISSAL WITH PREJUDICE

**COMES NOW** the Plaintiff, Bascum L Stacy, and the Defendant, Ally Financial, Inc., and pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), hereby stipulate to dismiss, with prejudice, each claim and count therein asserted by Plaintiff against the Defendant in the above styled action, with Plaintiff and Defendant to bear their own attorney's fees, costs and expenses.

All hearings and deadlines are hereby SET ASIDE and the Clerk is hereby directed to strike this matter from the active docket.

| | |
|---|---|
| <u>*/s/Frank H. Kerney, III, Esquire*</u> | <u>*/s/ R. Morgan Salisbury, Esquire*</u> |
| Frank H. Kerney, III, Esquire | R. Morgan Salisbury, Esquire |
| *Admitted Pro Hac Vice* (Florida Bar #: 88672) | Bar #: 94922 |
| Morgan & Morgan, Tampa, P.A. | Lewis Brisbois Bisgaard & Smith |
| One Tampa City Center | 909 Wright's Summit Parkway, Suite 230 |
| 201 North Franklin Street, 7th Floor | Ft. Wright, KY 41011 |
| Tampa, FL 33602 | Telephone: (859) 663-9830 |
| Telephone: (813) 223-5505 | Facsimile: (859) 663-9829 |
| Facsimile: (813) 223-5402 | Morgan.Salisbury@lewisbrisbois.com |
| fkerney@forthepeople.com | *Counsel for Defendant* |
| jkneeland@forthepeople.com | |
| snazario@forthepeople.com | |
| *Counsel for Plaintiff* | |